IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
                                                        : CASE NO.  1:12 CV 01159
MONIQUE M. GRANT,                                       :
                                                        :
                              Plaintiff,                : <u>ORDER ADOPTING THE</u>
                                                        : <u>MAGISTRATE JUDGE'S REPORT AND</u>
            -vs-                                        : <u>RECOMMENDATION AND</u>
                                                        : <u>REVERSING THE COMMISSIONER'S</u>
                                                        : <u>DECISION AND REMANDING</u>
COMMISSIONER OF SOCIAL                                  :
SECURITY,                                               :

                              Defendant.
------------------------------------------------------- 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Plaintiff Monique M. Grant seeks judicial review of the Commissioner of Social Security's final decision denying her claim for Disability Insurance Benefits. This matter was automatically referred to United States Magistrate Judge George J. Limbert pursuant to Local Civil Rule 72.2.  In a Report and Recommendation dated 24 June 2013, the Magistrate Judge recommended that the Commissioner's decision be reversed and the case remanded for further proceedings. The parties were advised that objections to the R&R were to be filed within fourteen days after having been served with a copy of it, and that a failure to object may result in waiver of the right to appeal.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face

of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

In this instance, the Commissioner entered a response indicating that no objection would be forthcoming. Therefore, the Court hereby accepts the Magistrate Judge's recommendation and reverses the Commissioner's decision. This matter is remanded for proceedings consistent with the Magistrate Judge's Report and Recommendation.

      IT IS SO ORDERED.

                                                /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Date: 17 July 2013