IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
MONIQUE GRANT : CASE NO. 1:12 CV 1159
 :
 :
 Plaintiff, : ORDER ADOPTING THE
 : MAGISTRATE JUDGE'S REPORT AND
 -vs- : RECOMMENDATION AND GRANTING
 : PLAINTIFF'S APPLICATION FOR
 : ATTORNEY FEES
COMMISSIONER OF SOCIAL :
SECURITY :

 Defendant .
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge George J. Limbert (Doc. 26) for preparation of a report and recommendation ("R&R") on the plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 22). On 6 March 2014, Magistrate Judge Limbert issued an R&R (Doc. 27) advising that the Court grant the plaintiff's application for attorney fees and award attorney fees in the amount of $7,615.11

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the Report and Recommendation to which a timely objection is made. In this instance, no objections have been filed. Therefore, the Magistrate Judge's Report and Recommendation is adopted and the plaintiff's application is granted. The plaintiff is awarded attorney fees in the amount of $7,615.11.

IT IS SO ORDERED.

    /s/Lesley Wells
    UNITED STATES DISTRICT JUDGE

Dated: 2 April 2014